Ana Araceli RODRIGUEZ–MENDEZ, Petitioner,

v.

John ASHCROFT, Attorney General,* Respondent.

No. 99–71214.

INS No. A70–781–407.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 13, 2001.**

Decided Aug. 28, 2001.

Before HAWKINS, TASHIMA, and GOULD, Circuit Judges.

MEMORANDUM ***

---

* John Ashcroft is substituted for Janet Reno, Attorney General, pursuant to Fed. R.App. P. 43(c)(2).

** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and may not be cited to or by the

Ana Araceli Rodriguez–Mendez, a native and citizen of El Salvador, petitions pro se for review of the Board of Immigration Appeals' decision, which dismissed her appeal for lack of jurisdiction because Rodriguez–Mendez waived her right to appeal the Immigration Judge's decision ordering removal. This court lacks jurisdiction to review the order of deportation because Rodriguez–Mendez waived her right of appeal thereby failing to exhaust her administrative remedies. *See Joo v. INS,* 813 F.2d 211, 212 (9th Cir.1987) (per curiam). We therefore dismiss the petition for review.

Rodriguez–Mendez's motion for stay of removal is denied.

**PETITION FOR REVIEW DISMISSED.**

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.